# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. SHACK, | No. 2:16-CV-0122-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil action. Pending before the court is defendant's unopposed motion to dismiss (Doc. 14). Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c).

Plaintiff initiated this action to compel agency review of his appeal of the termination of social security benefits. Pursuant to 42 U.S.C. § 405(g), this court has jurisdiction to review final decisions of the Commissioner of Social Security. This is the exclusive vehicle for judicial review. See 42 U.S.C. § 405(h). On the face of the complaint, it is clear that plaintiff has not yet received a final decision on his appeal of the termination of

benefits.  For this reason, the court agrees with defendant that the court lacks jurisdiction over this case.  See <u>Bass v. Soc Sec. Admin.</u>, 872 F.2d 832 (9th Cir. 1989).

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's unopposed motion to dismiss (Doc. 14) is granted;
2. All other pending motions (Docs. 5, 6, and 15) are denied as moot; and
3. The Clerk of the Court is directed to enter judgment and close this file.

DATED: August 9, 2018

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE